John C. BREWER, Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.

No. 05–1383.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2005.

Decided: Sept. 27, 2005.

Richard Paul Cohen, Cohen, Abate & Cohen, L.C., Morgantown, West Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel, Nora R. Koch, Supervisory Regional Counsel, Brian O'Donnell, Assistant Regional Counsel, Social Security Administration, Philadelphia, Pennsylvania; Thomas E. Johnston, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

PER CURIAM:

John C. Brewer appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's denial of disability insurance benefits from April 1, 1996, to September 30, 2000. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brewer v. Barnhart*, No. CA–04–12–1 (N.D.W.Va. Feb. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*